Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: vcrawford@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendant Ford Motor Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND OLIVAS, individually and as Representative of the Estate of DOLORES OLIVAS, RAYMOND MANUEL OLIVAS, HECTOR RAYMOND OLIVAS, JESSICA ROSA MARIA OLIVAS, NIECCO RAY OLIVAS AND CHRISTINA LETICIA OLIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; JOHN AND JANE DOES I-X; and ABC COMPANIES I-X,<br><br>Defendants. | Case No. 3:24-cv-00034-ART-CSD<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS (SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 26-3, Defendant Ford Motor Company ("Ford") files this unopposed motion to extend time to file dispositive motions. Plaintiffs Raymond Olivas, individually and as Representative of the Estate of Dolores Olivas, Raymond Manuel Olivas, Hector Raymond Olivas, Jessica Rosa Maria Olivas, Niecco Ray Olivas and Christina Leticia Olivas (collectively "Plaintiffs") do not oppose this motion.

The current deadline to file dispositive motions is February 25, 2025 and Ford seeks a short, two-week extension of time to file dispositive motions. This deadline was extended once previously pursuant to the parties' stipulation to extend discovery deadlines. *See* ECF 32.

Good cause exists for the short extension because parties have just recently finished

4927-3954-8191

deposing Plaintiffs' expert witnesses and the majority of Ford's remaining expert witnesses will be deposed by the end of this week. Ford moves for this extension of time in order to have these expert witness deposition transcripts prior to the deadline to file dispositive motions.

Accordingly, Ford requests that the Court grant its motion with the following dispositive motion briefing schedule:

1. Dispositive Motion Deadline: March 11, 2025
2. Deadline to File Response to Dispositive Motions: April 1, 2025
3. Deadline to File Reply Briefs: April 25, 2025

## CONCLUSION

For good cause shown, Ford moves for a short extension of time to file dispositive motions in accordance with the briefing schedule set out above. Ford has conferred with counsel for the Plaintiffs and Plaintiffs do not oppose this motion.

DATED: February 24, 2025

SNELL & WILMER L.L.P.

By: */s/ Dawn L. Davis*
Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Ford Motor Company*

**IT IS SO ORDERED.**
Dated: February 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4927-3954-8191