UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND OLIVAS, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 3:24-cv-00034-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 42 |

　　　Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 42.)

　　　Pursuant to the Court's Civil Standing Order (ECF No. 13), Defendant shall file a response on or before close of business on **Monday, March 31, 2025.** The response shall be limited to 5 pages in length.

　　　**IT IS SO ORDERED.**

　　　DATED:  March 27, 2025.

_____
Craig S. Denney
United States Magistrate Judge