Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: vcrawford@swlaw.com
          ddavis@swlaw.com

*Attorneys for Defendant Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND OLIVAS, individually and as Representative of the Estate of DOLORES OLIVAS, RAYMOND MANUEL OLIVAS, HECTOR RAYMOND OLIVAS, JESSICA ROSA MARIA OLIVAS, NIECCO RAY OLIVAS AND CHRISTINA LETICIA OLIVAS, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; JOHN AND JANE DOES I-X; and ABC COMPANIES I-X, <br><br> Defendants. | Case No. 3:24-cv-00034-ART-CSD <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Raymond Olivas, individually and as Representative of the Estate of Dolores Olivas, Raymond Manuel Olivas, Hector Raymond Olivas, Jessica Rosa Maria Olivas, Niecco Ray Olivas and Christina Leticia Olivas ("Plaintiffs"), by and through their counsel, and by Defendant Ford Motor Company, by and through its counsel, that this action be dismissed with prejudice in its entirety.

/ / /

/ / /

/ / /

/ / /

Each party will bear its own fees and costs.

DATED: June 17, 2025                          DATED: June 17, 2025

SNELL & WILMER L.L.P.                         MATTHEW L. SHARP, LTD.


By: /s/ *Dawn L. Davis*                       By: /s/ *Jeff Wigington*
    Vaughn A. Crawford, Esq.                     Matthew L. Sharp, Esq.
    Nevada Bar No. 7665                          432 Ridge Street
    Dawn L. Davis, Esq.                          Reno, Nevada 89501
    Nevada Bar No. 13329
    1700 South Pavilion Center Dr., Ste. 700     Jeffrey G. Wigington, Esq. (*PHV*)
    Las Vegas, Nevada 89135                      Jerry Guerra, Esq. (*PHV*)
                                                 David Bartholomew Waxman, Esq. (*PHV*)
    *Attorneys for Defendant Ford Motor*         WIGINGTON RUMLEY DUNN &
    *Company*                                    BLAIR L.L.P.
                                                 123 North Carrizo Street
                                                 Corpus Christi, Texas 78401

                                                 *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE