**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND OLIVAS, individually and as Representative of the Estate of DOLORES OLIVAS, RAYMOND MANUEL OLIVAS, HECTOR RAYMOND OLIVAS, JESSICA ROSA MARIA OLIVAS, NIECCO RAY OLIVAS AND CHRISTINA LETICIA OLIVAS,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; JOHN AND JANE DOES I-X; and ABC COMPANIES I-X,<br><br>Defendants. | Case No. 3:24-cv-00034-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Raymond Olivas, individually and as Representative of the Estate of Dolores Olivas, Raymond Manuel Olivas, Hector Raymond Olivas, Jessica Rosa Maria Olivas, Niecco Ray Olivas and Christina Leticia Olivas ("Plaintiffs"), by and through their counsel, and by Defendant Ford Motor Company, by and through its counsel, that this action be dismissed with prejudice in its entirety.

///

///

///

///

Each party will bear its own fees and costs.

| | |
|---|---|
| DATED: June 17, 2025 | DATED: June 17, 2025 |
| SNELL & WILMER L.L.P. | MATTHEW L. SHARP, LTD. |
| By: /s/ *Dawn L. Davis* | By: /s/ *Jeff Wigington* |
|    Vaughn A. Crawford, Esq.<br>   Nevada Bar No. 7665<br>   Dawn L. Davis, Esq.<br>   Nevada Bar No. 13329<br>   1700 South Pavilion Center Dr., Ste. 700<br>   Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Ford Motor Company* |    Matthew L. Sharp, Esq.<br>   432 Ridge Street<br>   Reno, Nevada 89501<br><br>   Jeffrey G. Wigington, Esq. (*PHV*)<br>   Jerry Guerra, Esq. (*PHV*)<br>   David Bartholomew Waxman, Esq. (*PHV*)<br>   WIGINGTON RUMLEY DUNN & BLAIR L.L.P.<br>   123 North Carrizo Street<br>   Corpus Christi, Texas 78401<br><br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

_____
ANNE TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: June 18, 2025